No. 73–1452.   OREGON *v.* HASS.   Sup. Ct. Ore.   Certiorari granted.

No. 73–1541.   REID ET UX. *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari granted.

No. 73–1742.   TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.   C. A. 5th Cir.   Certiorari granted.

No. 73–1773.   FOSTER *v.* DRAVO CORP.   C. A. 3d Cir.   Certiorari granted.

No. 73–1923.   EASTLAND ET AL. *v.* UNITED STATES SERVICEMEN'S FUND ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 73–1977.   ALYESKA PIPELINE SERVICE CO. *v.* WILDERNESS SOCIETY ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 73–2024.   WARTH ET AL. *v.* SELDIN ET AL.   C. A. 2d Cir.   Certiorari granted.

No. 74–13.   MULLANEY ET AL. *v.* WILBUR.   C. A. 1st Cir.   Certiorari granted.